denying a motion for a new trial in an action to recover upon a liquor tax bond.

*Charles Newton* for appellant.

*Daniel A. Reed* and *Russel Headley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLLTT, JJ. Dissenting: HISCOCK, J.

---

MAYNARD N. CLEMENT, as State Commissioner of Excise, Respondent, *v.* BERNARD W. CURTIS, Defendant, and AMERICAN FIDELITY COMPANY, Appellant.

*Clement* v. *Curtis*, 129 App. Div. 934, affirmed.
(Argued December 7, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 21, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a liquor tax bond.

*Charles Newton* for appellant.

*Daniel A. Reed* and *Russel Headley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

MAYNARD N. CLEMENT, as State Commissioner of Excise, Respondent, *v.* THE EMPIRE STATE SURETY COMPANY, Appellant, Impleaded with Another.

*Clement* v. *Empire State Surety Co.*, 134 App. Div. 910, affirmed.
(Submitted December 7, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered